UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:24-CV-22846-KMM

ALEJANDRO ESPINOZA,

    Plaintiff,

v.

CHROME HEARTS, LLC, a Foreign Limited Liability
Company d/b/a CHROME HEARTS,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff Alejandro Espinoza and Defendant Chrome Hearts, LLC d/b/a Chrome Hearts, by their respective counsel, jointly notify the Court of their agreement to resolve all matters in dispute between them. The Parties are memorializing the final terms of their settlement in a formal settlement agreement, which will result in a dismissal of this action. The Parties respectfully request that the Court retain jurisdiction while the formal settlement agreement is being finalized. The Parties anticipate the dismissal *with prejudice* being on file with the Court within fourteen (14) days.

Dated: September 11, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Mark Fereg*

　　　　　　　　　　　　　　　　　　　　　　Nicole Atkinson, Esq.
　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 167150
　　　　　　　　　　　　　　　　　　　　　　Mark Fereg, Esq.
　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 1008822
　　　　　　　　　　　　　　　　　　　　　　GUNSTER, YOAKLEY & STEWART, P.A.
　　　　　　　　　　　　　　　　　　　　　　777 South Flagler Drive, Suite 500 East
　　　　　　　　　　　　　　　　　　　　　　West Palm Beach, FL  33401
　　　　　　　　　　　　　　　　　　　　　　Telephone: (561) 650-0561
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (561) 655-5677

        natkinson@gunster.com
        mfereg@gunster.com

*Counsel for Defendant, Chrome Hearts, LLC*

*/s/ Diego German Mendez*
Diego German Mendez, Esq.
Florida Bar No. 52748
MENDEZ LAW OFFICES, PLLC
P.O. Box 228630
Miami, FL  33172
Telephone:  (305) 264-9090
Facsimile:  (305) 809-8474
info@mendezlawoffices.com

Richard J. Adams, Esq.
Florida Bar No. 770434
ADAMS & ASSOCIATES, P.A.
6500 Cowpen Road, Suite 101
Miami Lakes, FL  33014
Telephone:  (786) 290-1963
Facsimile:  (305) 824-3868
Radamslaw7@gmail.com

*Counsel for Plaintiff, Alejandro Espinoza*